| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lance Sr, Alan G. | 2. Court or Organization<br><br>Court of Appeals for Veterans Claim | 3. Date of Report<br><br>05/13/2014 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>625 Indiana NW Ste 900<br>Washington D.C., 20004 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | President and Stockholder | Lance Land and Livestock, Ltd. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 01/01/91 | State of Idaho - Pension upon retirement after age 55 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Rental income from a parking space | $900.00 |
| 2. 2013 | Rental income from sublease | $3,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pro bono Consortium Training | May 2013 | Seattle, Washington | Speaking Engagement | Travel, Lodging, Airfare |
| 2. | American Legion Baseball World Series | August 2013 | Shelby, North Carolina | Organizational Representative Appearance | Event Tickets |
| 3. | American Legion National Convention | August 2013 | Houston, Texas | Speaking Engagement | Travel, Lodging, Airfare |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 - Charles Schwab | B | Int./Div. | L | T | | | | | |
| 2. -Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 3. -AT&T Inc Common Stock | A | Dividend | J | T | Buy | 07/29/13 | J | | |
| 4. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 5. -Briggs & Stratton Corp Common Stock | A | Dividend | J | T | | | | | |
| 6. -C S X Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 07/25/13 | J | | |
| 7. -Frontier Communications Common Stock | A | Dividend | | | Sold | 07/29/13 | J | | |
| 8. -GE Common Stock | A | Dividend | J | T | | | | | |
| 9. -Heinz HJ Co Common Stock | A | Dividend | | | Sold | 06/10/13 | J | | |
| 10. -J M Smucker Company Common Stock | A | Dividend | J | T | | | | | |
| 11. -Johnson & Johnson, Inc Common Stock | A | Dividend | J | T | | | | | |
| 12. -Proctor & Gamble Common Stock | A | Dividend | K | T | Buy (add'l) | 07/25/13 | J | | |
| 13. -Snyder-Lance, Inc Common Stock | A | Dividend | J | T | | | | | |
| 14. -The Southern Company Common Stock | A | Dividend | J | T | | | | | |
| 15. Lance Land & Livestock, LTD. | D | Distribution | L | U | | | | | |
| 16. - Cash, Land, and Buildings | D | Distribution | L | U | | | | | |
| 17. Common Stock Parks America! Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 - Vanguard | | None | M | T | | | | | |
| 19. -Emerging Mkts Stock Index | | None | K | T | | | | | |
| 20. -Health Care Fund Inv | | None | L | T | | | | | |
| 21. Life Investors: Cash Value Life Insurance | | None | K | T | | | | | |
| 22. ING ReliaStar Life Insurance | | None | J | T | | | | | |
| 23. IRA #3 - Edward Jones | | None | N | T | | | | | |
| 24. -Model Core Plus Balanced Toward Income | D | Dividend | N | T | | | | | |
| 25. Working Interest, Incorr Energy Group LLC, Kimball, NE | B | Royalty | J | W | | | | | |
| 26. Public Employee Retirement System of Idaho | E | Distribution | J | T | | | | | |
| 27. Capital One Bank | A | Interest | L | T | | | | | |
| 28. Union First Market Bank | B | Interest | L | T | | | | | |
| 29. Wells Fargo Bank | A | Interest | M | T | | | | | |
| 30. Scott & Stringfellow Investment Account | A | Dividend | J | T | | | | | |
| 31. -Mkt Vctrs Agribusn ETF | A | Dividend | J | T | | | | | |
| 32. -Nuveen Energy MLP ETF | A | Dividend | J | T | | | | | |
| 33. Idaho Central Credit Union | A | Interest | K | T | | | | | |
| 34. US Series I Bonds | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Gold | | None | J | T | Buy | 12/16/13 | J | | |
| 36. Wadell & Reed | D | Dividend | L | T | Open | 08/20/13 | L | | |
| 37. -WR Advisors Core Investment A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 38. -WR Advisors Dividend Opportunitities A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 39. -WR Advisors Energy A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 40. -Ivy Large Cap Growth A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 41. -Ivy Mid Cap Growth A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 42. -WR Advisors Science and Technology A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 43. -Ivy Small Cap Growth A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 44. -Ivy Small Cap Value A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 45. -WR Advisors Tax-Managed Equity A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 46. -WR Advisors Value A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 47. -Ivy Micro Cap Growth A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 48. -Ivy Cundill Global Value A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 49. -Ivy Global Equity Income A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 50. -Ivy International Core Equity A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 51. -WR Advisors Asset Strategy A | A | Dividend | J | T | Open | 08/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -WR Advisors Continental Income A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 53. -Ivy High Income A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 54. -Ivy Limited - Term Bond A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 55. -WR Advisors Municipal Bond A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 56. -WR Advisors Municipal High Income A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 57. -WR Advisors Cash Management A | A | Dividend | J | T | Open | 08/20/13 | J | | |
| 58. NARFE Premier Credit Union (Y) | | | | | | | | | |
| 59. StellarOne Bank (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VI - The liability reported on previous reports has been removed since it is a co-signing on a child's student loans who is no longer a dependent.

2. Part VII - Line 04: Connected to line 3, this is an additional purchase of AT&T Inc Common Stock.

3. Part VII - Line 09: This stock was sold as part of a cash merger, and all funds received remained in the IRA to be reinvested.

4. Part VII - Line 23 - 24: The funds in this account are not directed by the account holder. The account holder selects a model (Model selected: Model Core Plus Balanced Toward Income) and then has no control of securities or funds held in the account.

5. Part VII - Line 25: Incoor Energy Group LLC, Kimball, NE was previously known as Holly Frontier Refining & Marketing LLC on previous reports.

6. Part VII - Line 26: This retirement benefit became active beginning May 2009. It is also reported in Part II, Agreements.

7. Part VII - Line 37 - 57: This new fund opened 8/20/13 with investments as outlined.

8. Part VII - Line 58 - This was reported on Line 35 of the previous years report. The balance of the account is now under the filing requirement.

9. Part VII - Line 59 - This was reported on Line 36 of the previous years report. The balance of the account is now under the filing requirement.

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/13/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Alan G. Lance Sr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544